UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

page 1 of 2
3/13/19

JASON DENT,
        Plaintiff,

                                        Case No. 1:19cv492

        v.

MICHAEL HOROWITZ, WILLIAM BARR,
ROD ROSENSTEIN, F. LARA, JAY RAY ORMOND,
BRADLEY, DURKIN, FLUCK, BRAD,
                Defendants.

**FILED**
**SCRANTON**

MAR 18 2019

PRELIMINARY INJUNCTION AND per          Am0
TEMPORARY RESTRAINING ORDER             DEPUTY CLERK

        Plaintiff Jason Dent files this preliminary injunction and temporary restraining
order for a order from the Honorable Court for defendants Inspector General Michael
Horowitz, U.S. Attorney General William Barr, Deputy U.S. Attorney General Rod Rosenstein,
BOP Assistant Director F. Lara, Northeast Regional Director Jay Ray Ormond, U.S.P. Canaan
Warden Bradley, U.S.P. Canaan Counselor Durkin, U.S.P. Canaan Education Specialist
Fluck, U.S.P. Canaan SIS Investigator Brad to cease the intentional blocking and
hindering of the administrative remedy process; cease the retaliation.

        1. On 8/29/18 I mailed complaints to FBI Director Christopher Wray under certify
mail #7004 1160 0003 0257 8019, copies of those complaints was mailed to 60 Minutes
under certify mail #7004 1160 0003 0257 8002. The complaints pertained to the beatings
of inmates by BOP officers at various U.S.P.'s, no investigation was conducted.

        2. On 9/11/18 I mailed complaints to the Department of Justice Office of Public Integrity
under certify mail #7004 1160 0003 0257 7975, copies of those complaints was mailed
to CNN under certify mail #7004 1160 0003 0257 7883. The complaints pertained to the
beatings of inmates by BOP officers at various U.S.P.'s, no investigation was conducted.

        3. On 11/29/18 I was seriously assaulted by BOP officers.

        4. On 1/5/19 Warden Bradley responded to BP-9 #963188-F1, Counselor Durkin
did not give me the BP-9 response until the 17TH of January 2019.

-1-

5. On 2/22/19 Northeast Regional Director Jay Ray Ormond responded to the BP-10

6. On 3/12/19 Counselor Durkin signed the administrative remedy document stating that I received BP-10 963188-R1 on March 12, 2019.

7. On 3/12/19 Education Specialist Fluck removed the toner (ink) from the copy machine stating that the toner will not be replaced until next month.

8. On 3/13/19 SIS Investigator Brad and Warden Bradley had education closed.

9. The tactics by defendants is to get me time barred.

## ARGUMENT

The Sixth Circuit and its sister circuits have recognized that a prison or prison official can engage in conduct that effectively render administrative remedies unavailable to a prisoner. See, e.g. Napier, 636 F.3d at 224 (acknowledging that prison may render administrative remedies unavailable); Little v. Jones, 607 F.3d 1245, 1250 (10th Cir. 2010)("[W]here prison officials prevent, thwart, or hinder a prisoner's efforts to avail himself of an administrative remedy, they render that remedy unavailable"); Lyon v. Vande kro, 305 F.3d 806, 808 (8th Cir. 2002)("inmates cannot be held to the exhaustion requirement of the PLRA when prison officials have prevented them from exhausting their administrative remedies").

## CONCLUSION

A preliminary injunction and temporary restraining order is required.


Dated: March 13, 2019

Respectfully Submitted

JASON DENT 67640-053
UNITED STATES PENITENTIARY CANAAN
POST OFFICE BOX 300
WAYMART, PA 18472

-2-

JASON DENT 61640-063
UNITED STATES PENITENTIARY CANAAN
POST OFFICE BOX 300
WAYMART, PA 18472

LEHIGH VALLEY
LEHIGH VALLEY PA 185
14 MAR 19
PM 3 L

CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BUILDING & U.S. COURTHOUSE
OFFICE OF THE CLERK
235 NORTH WASHINGTON AVENUE
SCRANTON, PA 18503

RECEIVED
SCRANTON

MAR 18 2019

PER_____
DEPUTY CLERK

18503-153423

MARCH 13, 2019